UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT D'ONOFRIO,

                Plaintiff,                                   **07-CV-731 (CBA)(LB)**

        - against -

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------X

ROBERT D'ONOFRIO,

                Plaintiff,                                   **09-CV-3970 (CBA)(LB)**

        - against -

STEAMFITTERS LOCAL 638,

                Defendant.

------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

## ORDER

The Court held a pretrial conference in these cases on November 17, 2009. In <u>D'Onofrio v. City of New York, et al.</u>, 07 CV 731 (CBA) (LB), the Court directed counsel for the City of New York to have the deponents sign and return the original deposition transcripts, which plaintiff had provided to the City for review pursuant to Fed. R. Civ. P. 30(e), to plaintiff by December 2, 2009. In <u>D'Onofrio v. Steamfitters Local 638</u>, 09 CV 3970 (CBA) (LB), the Court directed plaintiff to respond to defendant's counterclaims by December 8, 2009.

In both cases, defendants requested permission to move for summary judgment.[1] The Court granted defendants' requests and set the following briefing schedule:[2] defendants shall

---

[1] The parties in <u>D'Onofrio v. Steamfitters Local 638</u>, 09 CV 3970 (CBA) (LB) stated that they do not need to conduct discovery.

[2] These cases will not be consolidated. However, the motions will be briefed and filed according to the same schedule.

serve their motions for summary judgment on plaintiff by January 29, 2010;[3] plaintiff shall serve his oppositions to defendants' motions on defendants' counsel by March 8, 2010; and defendants' counsel shall serve its replies and electronically file the fully briefed motions with the Court by March 24, 2010. Plaintiff may contact the Court's Pro Se Office at (718) 613-2665 for instructions on how to oppose a motion.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: November 18, 2009
      Brooklyn, New York

---

[3] Defendants shall provide plaintiff with the requisite notice pursuant to Local Civil Rule 56.2.